**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS – FORT WORTH DIVISION**

| | | |
|---|---|---|
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS,<br><br>            *Plaintiff,*<br>v.<br><br>U.S. CUSTOMS & BORDER PROTECTION<br><br>            *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:24-cv-785-P |

_____

## STIPULATION OF DISMISSAL

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is the Office of the Attorney General of Texas (OAG); defendant is the United States Customs & Border Protection (USCBP) agency.

2. On August 15, 2024, OAG sued USCBP.

3. OAG now files this stipulation in order to dismiss the suit.

4. USCBP, who answered the suit on November 5, 2024, agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. A receiver has not been appointed in this case.

8. OAG has not previously dismissed a suit based on or including the same claims as those presented in this case.

9.  This dismissal is without prejudice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil
Litigation

JOHNATHAN STONE
Chief, Consumer Protection Division

*s/ Clay Watkins*
CLAYTON R. WATKINS
Assistant Attorney General
Consumer Protection Division
State Bar No. 24103982
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-2042
Telecopier: (512) 473-8301
Email: clayton.watkins@oag.texas.gov

*Counsel for the Office of the Attorney*
*General of Texas; and,*

CHAD MEACHAM
UNITED STATES ATTORNEY

*s/ Tami Parker*
Tami C. Parker
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, TX 76102-6882
Texas Bar No. 24003946
Telephone:  817-252-5200
Facsimile:  817-252-5458
Email:  tami.parker@usdoj.gov

*Counsel for USCBP*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, a true and correct copy of the foregoing document was electronically filed with the clerk of the Court using the electronic case filing system, which automatically provided notice to all attorneys of record.

/s/ *Clay Watkins*
**Clayton Watkins**